FILED
APR - 9 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON
Magistrate Judge Schneider

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY M. GENTRY

No. 24 CR 50013

Violation: Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924(e)(1)

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about July 6, 2023, at Rockford, Illinois, in the Northern District of Illinois, Western Division,

TIMOTHY M. GENTRY,

defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely,

a Taurus model PT111 Millenium G2 9mm caliber pistol
with serial number TKR68060

which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 924(e)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY